**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00528-REB-NYW

TIMOTHY STEWART,

      Plaintiff,

v.

LVNV FUNDING, LLC,

      Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE AND DATE BY
WHICH TO FILE DISMISSAL PAPERS**

---

IT IS ORDERED:

1. A Scheduling Conference is set for **May 12, 2015 at 9:30 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b);

2. The parties shall file the appropriate dismissal papers on or before **April 6, 2015**. The court will vacate the Scheduling Conference upon filing of the papers without further action by the Parties.

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: March 23, 2015                         BY THE COURT:

                                                                         s/Nina Y. Wang
                                                                         United States Magistrate Judge