**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00528-REB-NYW

TIMOTHY STEWART,

     Plaintiff,

v.

LVNV FUNDING, LLC,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#8][1] filed April 6, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the scheduling conference set May 12, 2015, is vacated; and

4. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated April 6, 2015, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.